AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY, <br><br> *Plaintiff(s)* <br> v. <br> MILLENNIA HOUSING MANAGEMENT, LTD; GMF-FOREST COVE, LLC; JORDAN WEATHERBY; JAZMIN BROWN-SMITH, PERSONAL REPRESENTATIVE OF ERIC D. SMITH, ET AL. <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-0732 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GMF-FOREST COVE, LLC
c/o C. David Lumsden, Registered Agent
3400 Peachtree Road, NE, Suite 1515
Atlanta, Georgia 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kim M. Jackson, Esq.
D. Garrett Anderson, Esq.
Bovis Kyle Burch & Medlin, LLC
200 Ashford Center N., Suite 500
Atlanta, Georgia 30338

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___02/22/2022___    s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-0732

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Lumsden, Registered Agent
was received by me on *(date)* 5/18/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tina Knoble, Legal Assistant, who is
designated by law to accept service of process on behalf of *(name of organization)*
David Lumsden on *(date)* 5/18/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/18/2022

Kathryn D. Rhodes
*Server's signature*

KATHRYN D. RHODES   PROCESS SERVER
*Printed name and title*

**RGP Attorney Services, LLC**
63 Ayers Ave NE, Marietta, GA 30060
solutions@rgpas.com
770-499-8588
toll free 877-499-8588
*Server's address*

Additional information regarding attempted service, etc: