# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>MILLENNIA HOUSING MANAGEMENT, LTD; GMF-FOREST COVE, LLC; JORDAN WEATHERBY; JAZMIN BROWN-SMITH, Personal Representative of ERIC D. SMITH, Deceased; and ANN J. HERRERA, Administrator of the Estate of ERIC D. SMITH, Deceased.<br><br>Defendants. | CIVIL ACTION NO. 1:22-CV-0732 |

## **MOTION FOR LEAVE OF ABSENCE**

      COMES NOW, KIM M. JACKSON, and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Rule 16.

      1.   The periods of leave, during which time Applicant will be away from the practice of law, are as follows:

      June 16, 2022 *through and including* June 21, 2022
      July 25, 2022 *through and including* August 1, 2022
      September 21, 2022 *through and including* September 25, 2022

November 8, 2022 *through and including* November 11, 2022
December 7, 2022 *through and including* December 9, 2022

2. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the Leave shall be granted.

Respectfully submitted,

**Bovis, Kyle, Burch & Medlin, LLC**

200 Ashford Center North
Suite 500
Atlanta, Georgia  30338-2668
Tel:  (770) 391-9100
Fax: (770) 668-0878
kjackson@boviskyle.com
ganderson@boviskyle.com

/s/ Kim M. Jackson
Ga. State Bar No. 387420

/s/ D. Garrett Anderson
Ga. State Bar No. 432444

*Counsel for The North River Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing ***Motion for Leave of Absence*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of filing to all counsel of record.

This 13th day of June, 2022

|  |  |
|---|---|
|  | **Bovis, Kyle, Burch & Medlin, LLC** |
|  | /s/ Kim M. Jackson |
| 200 Ashford Center North | Ga. State Bar No. 387420 |
| Suite 500 |  |
| Atlanta, Georgia 30338 | *Counsel for The North River Insurance* |
| Tel: (770) 391-9100 | *Company* |
| Fax: (770) 668-0878 |  |