IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br><br>MILLENNIA HOUSING MANAGEMENT, LTD; GMF-FOREST COVE, LLC; JORDAN WEATHERBY; JAZMIN BROWN-SMITH, Personal Representative of ERIC D. SMITH, Deceased; and ANN J. HERRERA, Administrator of the Estate of ERIC D. SMITH, Deceased.<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:22-CV-0732 |

## PLAINTIFF'S 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

On October 6, 2022, pursuant to Pursuant to Uniform Superior Court Rule 5.2, the undersigned hereby certifies that the following have been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein:

　　1.　***North River's First Continuing Interrogatories, Requests For Production of Documents and Requests For Admission to Millennia Housing;***

2. *North River's First Continuing Interrogatories, Requests For Production of Documents and Requests For Admission to Jasmine Brown-Smith; and*

3. *North River's First Continuing Interrogatories, Requests For Production of Documents and Requests For Admission to Ann Herrera.*

Respectfully submitted this 10th day of October, 2022,

/s/ Zachary S. Lewis
**ZACHARY S. LEWIS**
Georgia Bar No. 689146
**KIM M. JACKSON**
Georgia Bar No. 387420
*Attorney for Plaintiff*

**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2668
770-391-9100 (telephone)
770-668-0878 (facsimile)
zlewis@boviskyle.com
kjackson@boviskyle.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within and foregoing *Notice of Service of Discovery Material* has been furnished to the below-named addressees upon all counsel of record via statutory electronic service, addressed as follows:

Naveen Ramachandrappa
ramachandrappa@bmelaw.com
Thomas G. Sampson II
w.sampson@tkstlaw.com
Kristal Holmes
k.holmes@tkstlaw.com
Gilbert H. Deitch
gil@victimattorneys.com
Andrew T. Rogers
andy@victimattorneys.com
Kara E. Phillips
kara@victimattorneys.com
W. Michael D'Antignac
michael@victimattorneys.com
Matthew G. Moffett
mmoffett@grsmb.com
Ryan Del Campo
rdelcampo@grsmb.com

I further certify that on October 10, 2022, I served the same document by U.S. Mail, as follows, to Jordan Weatherby:

> Jordan Weatherby
> Fulton County Jail
> 901 Rice St. NW
> Atlanta, Ga 30318

This 10th day of October, 2022.

|  |  |
|---|---|
|  | /s/ Zachary S. Lewis |
| 200 Ashford Center North, Suite 500 | Ga. State Bar No. 689146 |
| Atlanta, Georgia 30338-2680 | *Attorney for Plaintiff The North* |
| Tel: (770) 391-9100 | *River Insurance Company* |
| Fax: (770) 668-0878 |  |
| zlewis@boviskyle.com |  |