UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIA HOUSING MANAGEMENT, LTD; GMF-FOREST COVE, LLC; JORDAN WEATHERBY; JAZMIN BROWN-SMITH, Personal Representative of ERIC D. SMITH, Deceased; and ANN J. HERRERA, Administrator of the Estate of ERIC D. SMITH, Deceased, <br><br> Defendants. | CIVIL ACTION FILE 1:22-CV-00732-TCB <br><br> JURY TRIAL DEMANDED |

**Joint Notice Of Settlement**

This is a declaratory judgment action brought by The North River Insurance Company to determine insurance coverage arising from an underlying tort lawsuit brought by Jasmine Brown Smith and Ann J. Herrera against Millennia Housing Management, Ltd, GMF-Forest Cove, LLC and Jordan Weatherby in the State Court of DeKalb County, Georgia. *See generally* Compl. [Doc. 1].

The parties now jointly report that, on December 29, 2022, the parties in the underlying tort lawsuit reached an agreement to settle all claims. The agreement

1

contemplates payment and finalization of all settlement documents by January 28, 2023. Once payment and finalization of the settlement of the underlying tort action is complete, this declaration judgment action will also be moot and the parties in this action will file a joint stipulation of dismissal.[1]

Signature and certificate pages follow.

---

[1] Given the settlement agreement on December 29, 2022, the parties have refrained from continued discovery. In the unlikely event that the settlement is somehow not finalized and not enforced, one or more of the parties may seek to resume discovery.

This notice is filed on January 10, 2023.

| | |
|---|---|
| **/s/ Naveen Ramachandrappa** | **/s/ Kim M. Jackson** |
| Naveen Ramachandrappa<br>Ga. Bar No. 422036<br>BONDURANT, MIXSON &<br>ELMORE, LLP<br>1201 W Peachtree St NW,<br>Ste 3900<br>Atlanta, GA 30309<br>Tel: 404-881-4151<br>Fax: 404-881-4111<br>ramachandrappa@bmelaw.com | Kim M. Jackson<br>Ga. Bar No. 387420<br>Zachary S. Lewis<br>Ga. Bar No. 689146<br>D. Garrett Anderson<br>Ga. Bar No. 432444<br>BOVIS, KYLE, BURCH &<br>MEDLIN, LLC<br>200 Ashford Center North,<br>Ste 500<br>Atlanta, GA 30338-2688<br>kjackson@boviskyle.com<br>zlewis@boviskyle.com<br>ganderson@boviskyle.com |
| *Attorney for Defendants Jasmine Brown Smith and Ann J. Herrera* | *Attorneys for Plaintiff The North River Insurance Company* |
| Thomas G. Sampson II<br>Ga. Bar No. 623601<br>Kristal Holmes<br>THOMAS KENNEDY SAMPSON<br>& TOMPKINS LLP<br>3355 Main St<br>Atlanta, GA 3033<br>w.sampson@tkstlaw.com<br>k.holmes@tkstlaw.com | **/s/ M. Ryan Del Campo** |
| | Matthew G. Moffett<br>Ga. Bar No. 515323<br>M. Ryan Del Campo<br>Ga. Bar No. 384618<br>GRAY RUST ST.<br>AMAND MOFFETT &<br>BRIESKE, LLP<br>Suite 1700, Salesforce<br>Tower Atlanta<br>950 E Paces Ferry Rd NE<br>Atlanta, GA 30326<br>mmoffett@grsmb.com<br>rdelcampo@grsmb.com |
| *Attorneys for Defendant Jasmine Brown Smith* | |
| Gilbert H. Deitch<br>Ga. Bar No. 216400<br>Andrew T. Rogers<br>Ga. Bar No. 007010<br>Kara E. Phillips<br>Ga. Bar No. 379670 | |

Signature Page

W. Michael D'Antignac
Ga. Bar No. 205714
DEITCH & ROGERS, LLC
1189 S. Ponce De Leon Ave NE
Atlanta, GA 30306
Tel: 770-394-9000
Fax: 770-394-8840
*gil@victimattorneys.com*
*andy@victimattorneys.com*
*kara@victimattorneys.com*
*michael@victimattorneys.com*

*Attorneys for Defendant*
*Ann J. Herrera*

*Attorneys for Defendants*
*Millennia Housing*
*Management, LTD and*
*GMF-Forest Cove, LLC*

Signature Page

## CERTIFICATE OF SERVICE

I certify that, on January 10, 2023 I filed this **Joint Notice Of Settlement** by using the CM/ECF service, which will send notification to counsel of record:

*Attorneys for Plaintiff The North River Insurance Company*

Kim M. Jackson
Zachary S. Lewis
D. Garrett Anderson
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Ste 500
Atlanta, GA 30338-2688
kjackson@boviskyle.com
zlewis@boviskyle.com
ganderson@boviskyle.com

*Attorneys for Defendants Millennia Housing Management, Ltd. and GMF-Forest Cove, LLC*

Matthew G. Moffett
Ryan Del Campo
GRAY RUST ST. AMAND MOFFETT & BRIESKE, LLP
Suite 1700, Salesforce Tower Atlanta
950 East Paces Ferry Rd., N.E.
Atlanta, GA 30326
mmoffett@grsmb.com
rdelcampo@grsmb.com

**/s/ Naveen Ramachandrappa**