# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>MILLENNIA HOUSING MANAGEMENT, LTD; GMF-FOREST COVE, LLC; JORDAN WEATHERBY; JAZMIN BROWN-SMITH, Personal Representative of ERIC D. SMITH, Deceased; and ANN J. HERRERA, Administrator of the Estate of ERIC D. SMITH, Deceased.<br><br>       Defendants. | CIVIL ACTION NO.<br>1:22-CV-0732 |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants, hereby stipulate that the above-captioned action is dismissed with prejudice. Each party shall bear their own costs and expenses of litigation, including attorney's fees.

This 5th day of June, 2023.

**PREPARED AND STIPULATED TO BY:**

/s/ Zachary S. Lewis
Ga. State Bar No. 689146
**Bovis, Kyle, Burch & Medlin, LLC**
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2680
Tel: (770) 391-9100
Fax: (770) 668-0878
zlewis@boviskyle.com
*Attorney for Plaintiff The North River Insurance Company*

**STIPULATED TO BY:**

*/s/ Naveen Ramachandrappa w/express permission by Zachary Lewis*
Naveen Ramachandrappa
Georgia Bar No. 422036
Bondurant, Mixon & Elmore, LLP
1201 W. Peachtree St. NW, Suite 3900
Atlanta, GA 30309
rmachandrappa@bmelaw.com

*/s/ Ryan Del Campo w/express permission by Zachary Lewis*
Ryan Del Campo
Georgia Bar No. 384618
Gray Rust St. Amand Moffett & Brieske, LLP
Suite 1700, Salesforce Tower Atlanta
950 East Paces Ferry Road, NE
Atlanta, GA 30326
rdelcampo@grsmb.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing ***Stipulation of Dismissal*** upon all parties in this matter by attorneys via CM/ECF system which will send notification of such filing to all counsel of record:

I further certify that on June 5, 2023, I served the same document by U.S. Mail, as follows, to Jordan Weatherby:

> Jordan Weatherby
> Fulton County Jail
> 901 Rice St. NW
> Atlanta, Ga 30318

This 5th day of June, 2023.

| | |
|---|---|
| | /s/ Zachary S. Lewis |
| 200 Ashford Center North, Suite 500 | Ga. State Bar No. 689146 |
| Atlanta, Georgia 30338-2680 | *Attorney for Plaintiff The North* |
| Tel: (770) 391-9100 | *River Insurance Company* |
| Fax: (770) 668-0878 | |
| zlewis@boviskyle.com | |